UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY EUGENE LEWIS,

           Plaintiff,

v.

UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON,

           Defendant.

Case No. C16-1562-JLR

ORDER DISMISSING ACTION AND DENYING *IN FORMA PAUPERIS* APPLICATION AS MOOT

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1)     The Report and Recommendation is approved and adopted.

(2)     Plaintiff's complaint (Dkt. 1-1) and this action are DISMISSED with prejudice for failure to state a claim upon which relief may be granted.

(3)     Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is DENIED as moot.

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 1

1  (4)     The Clerk is directed to send copies of this Order to plaintiff and to the Honorable
2  James P. Donohue.
3       DATED this 19th day of December, 2016.

JAMES L. ROABRT
United States District Judge

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 2